# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAMONT DADE, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 19-4718 |
| | : | |
| TAMMY FERGUSON, et al., | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **22nd** day of **April 2020**, upon consideration of Defendant's Motion to Dismiss (ECF No. 5), Plaintiff's Response thereto (ECF No. 10), and Defendant's Reply in support of its Motion to Dismiss (ECF No. 11), it is hereby **ORDERED** and **DECREED** Defendant's Motion to Dismiss (ECF No. 5) is **GRANTED**. It is further **ORDERED** that all claims against all unknown Defendants are dismissed. The Complaint is dismissed without prejudice.

BY THE COURT:

/s/ Chad F. Kenney
**CHAD F. KENNEY, JUDGE**