# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAMONT DADE,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **No. 19-4718** |
| | : | |
| **TAMMY FERGUSON, et al.,** | : | |
| *Defendants.* | : | |

## ORDER

And now, this **21st** day of **April**, **2022**, upon consideration of Plaintiff

Dade's Motion for Extension of Time (ECF No. 19), Motion for Amended

Complaint (ECF No. 20), Motion for Discovery (ECF No. 21), and Motion to

Amend Complaint (ECF No. 22), and for the reasons set forth in the accompanying

Memorandum, it is hereby **ORDERED** that Plaintiff's Motions (ECF Nos. 19, 20,

21, and 22) are **DENIED**.

**BY THE COURT:**

**/s/** *Chad F. Kenney*

_____
**CHAD F. KENNEY, JUDGE**